1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   MAURICIO MORALES,              )    No. CV 09-2406 SJO (CW)
                                    )
13                  Petitioner,     )    ORDER ACCEPTING REPORT AND
                                    )    RECOMMENDATION OF UNITED STATES
14        v.                        )    MAGISTRATE JUDGE
                                    )
15   DEBRA HERNDON,                 )
                                    )
16                  Respondent.     )
     _____)

17

18

19       Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

20   entire record in this action, as well as the Report and Recommendation

21   of the United States Magistrate Judge and all objections thereto.  The

22   court has made a <u>de</u> <u>novo</u> determination with respect to those portions

23   of the Report and Recommendation to which objection has been made.

24       **IT IS ORDERED**: (1) that the Report and Recommendation of the

25   United States Magistrate Judge be accepted; (2) that respondent's

26   motion to dismiss (docket no. 4, May 14, 2009) be granted; and (3)

27   that judgment be entered dismissing the petition, with prejudice, as

28   time-barred.

                                    1

1    **IT IS FURTHER ORDERED** that this order and the judgment herein be

2  served on the parties.

3

4  DATED:    April 25, 2010

5

6  _____

7                S. JAMES OTERO
            United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28