**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICIO MORALES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DEBRA HERNDON, ) <br> ) <br> Respondent. ) <br> _____) | No. CV 09-2406 SJO (CW) <br><br> JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: <u>April 25, 2010</u>

*S. James Otero*
_____
S. JAMES OTERO
United States District Judge